IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO. 08-30186 MER |
| MARISSA ZAMORA | |
| Debtor(s). | CHAPTER 13 |
| US BANK, NA, | |
| Movant, | |
| vs. | |
| MARISSA ZAMORA and Sally Zeman, Chapter 13 Trustee, Respondents. | |

## ORDER GRANTING RELIEF FROM STAY
## PURSUANT TO STIPULATION

THIS MATTER is before the Court upon US Bank, NA's Motion for Entry of Order Granting Relief From Stay Pursuant to Stipulation.

THE COURT, having reviewed the file, the Stipulation of the parties, and being advised of the premises, finds that the Debtor has defaulted in payments due under the terms of the Stipulation and that US Bank, NA is entitled to relief from stay.

THE COURT, being duly advised, hereby orders that the relief sought by the Motion for Entry of Order should be granted, and US Bank, NA, or its assigns, is hereby granted relief from stay in order to proceed to foreclose on, and/or take possession of, the collateral described as:

LOT 12, BLOCK 32, HARVEY PARK ADDITION FILING NO. 3, CITY AND COUNTY OF DENVER, STATE OF COLORADO.

Purported common address: 2224 SOUTH NEWTON STREET, DENVER, CO 80219

The ten (10) day stay period provided by Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) is hereby waived and Movant may immediately implement and enforce this Order.

DATED this 1st day of December, 2009.

BY THE COURT:

*[signature]*

U.S. Bankruptcy Court Judge

08-12-10068